# Court of Appeals
# of the State of Georgia

ATLANTA,___October 06, 2014_____

*The Court of Appeals hereby passes the following order:*

**A15D0047. LORNA NEMBHARD v. JP MORGAN CHASE BANK, N.A., et al.**

On September 9, 2014, Lorna Nembhard filed this application for discretionary appeal seeking review of the trial court's July 10, 2014 order granting JP Morgan Chase Bank's motion to dismiss her pro se complaint. Although it appears from the scant materials before us that the trial court's order is a directly appealable final judgment, see OCGA § 5-6-34 (a), we lack jurisdiction to consider Nembhard's application because it is untimely.

Ordinarily, if a party applies for discretionary review of a directly appealable order, we grant the application under OCGA § 5-6-35 (j). To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed. See OCGA § 5-6-35 (d) & (j); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith. See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989). Because Nembhard filed her application 61 days after entry of the order she seeks to appeal, the application is untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____10/06/2014_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, Clerk.